GLENN AGRE BERGMAN & FUENTES LLP
Lyn R. Agre (CASBN 178218)
44 Montgomery St.
41st Floor
San Francisco, CA 94104
Email: lagre@glennagre.com
Telephone: (415) 358-6444
Facsimile: (415) 398-5030

Attorneys for Defendant
SIDDHARTHA SURI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>SIDDHARTHA SURI,<br><br>    Defendant. | Case No. 3:21-cr-00299-CRB<br><br>**STIPULATED MOTION TO CONTINUE; DECLARATION OF COUNSEL; [PROPOSED] ORDER** |

    Defendant Siddhartha Suri, by and through his counsel Lyn R. Agre, hereby moves the Court to continue Mr. Suri's detention hearing, currently scheduled for July 22, 2022, at 10:30 a.m.  Mr. Suri hereby moves the Court to continue the detention hearing to September 2, 2022, at 10:30 a.m.

    Mr. Suri requests this continuance to provide him additional time to engage in discussions with the U.S. Attorney concerning Mr. Suri's custody status and the government's sentencing recommendations, as well as to resolve state law enforcement holds on Mr. Suri from Sonoma County and Napa County.

It is hereby stipulated by and between counsel for the United States and counsel for the defendant SIDDHARTHA SURI, that time be excluded under the Speedy Trial Act from July 22, 2022 through September 2, 2022.

Defense counsel is moving to reopen the detention hearing, which it had previously waived without prejudice and needs additional time to resolve any holds with Napa and Sonoma County.  As such, the government and counsel for the defendant agree that time be excluded under the Speedy Trial Act so that defense counsel could continue to prepare. Accordingly, the parties stipulate and agree that excluding time until July 22, 2022, will allow for the effective preparation of counsel.  See 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties further stipulate and agree that the ends of justice served by excluding the time from July 22, 2022 through September 2, 2022, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

Counsel for Mr. Suri has provided counsel for the government, AUSA Kelsey Davidson, with a copy of this motion and she has authorized counsel to represent here that the government stipulates to the proposed continuance.

Dated: July 21, 2022.                                    Respectfully submitted,

                                                          /s/ Lyn R. Agre

                                                         LTYN R. AGRE
                                                         Attorney for Defendant
                                                         SIDDHARTHA SURI

IT IS SO STIPULATED.

Dated: July 21, 2022.                                    /s/Kelsey Davidson
                                                         Kelsey Davidson
                                                         Assistant United States Attorney
                                                         Northern District of California

### ORDER [Proposed]

GOOD CAUSE HAVING BEEN FOUND upon the motion of defendant Siddhartha Suri and the stipulations of the parties;

IT IS HEREBY ORDERED that Mr. Suri's detention hearing is continued from July 22, 2022, to September 2, 2022, at 10:30 a.m.

Dated: July _____, 2022.

                                                         _____
                                                         Hon. Magistrate Judge Alex G. Tse

GLENN AGRE
BERGMAN &
FUENTES LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3