<strong>~~PROPOSED~~ ORDER/COVER SHEET</strong>

| | | | |
|---|---|---|---|
| **TO:** | Honorable Laurel Beeler<br>U.S. Magistrate Judge | **RE:** | Siddhartha Suri |
| **FROM:** | Silvio Lugo, Chief<br>U.S. Pretrial Services Officer | **Docket No.:** | 3:21-cr-00299-CRB |
| **Date:** | March 24, 2025 | | |

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

| | |
|---|---|
| Hannah DeBois | 628-228-8709 |
| **U.S. Pretrial Services Officer** | **TELEPHONE NUMBER** |

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☒ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____B_____ on ___3/27/2025_____ at __9:30 AM_____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____  Presiding  District Court Judge _____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification to add/remove the following special conditions:

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:

_____

| | |
|---|---|
| [signature] | March 24, 2025 |
| **JUDICIAL OFFICER** | **DATE** |